**Mack H. RICHARDSON,
Claimant–Appellant,**

v.

**James B. PEAKE, M.D., Secretary of
Veterans Affairs, Respondent–
Appellee.**

**No. 2008–7155.**

United States Court of Appeals,
Federal Circuit.

Dec. 12, 2008.

Allison Kidd–Miller, Department of Justice, David J. Barrans, Y. Ken Lee, Department of Veterans Affairs, Washington, DC, for Respondent–Appellee.

Francis M. Jackson, Jackson & Macnichol, Portland, ME, for Claimant–Appellant.

\* DISH requests that this dismissal be without prejudice; however, it is not the usual prac-

ON MOTION

*ORDER*

Upon consideration of Mack H. Richardson's unopposed motion to voluntarily dismiss his appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.